NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XY, LLC,**

*Appellant*

**v.**

**ABS GLOBAL, INC., GENUS PLC,**

*Appellees*

---

2016-1897

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01161.

---

## JUDGMENT

---

KIRT S. O'NEILL, Akin, Gump, Strauss, Hauer & Feld, LLP, San Antonio, TX, argued for appellant. Also represented by REHAN M. SAFIULLAH, Houston, TX.

STEVEN J. HOROWITZ, Sidley Austin LLP, Chicago, IL, argued for appellees. Also represented by CONSTANTINE L. TRELA, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  May 23, 2018  | /s/ Peter R. Marksteiner |
| :---: | :---: |
| Date | Peter R. Marksteiner |
| | Clerk of Court |